IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PCFI ENTERPRISES )
MANAGEMENT LLC )
)
                Plaintiff, )
v. )
)
NATIONAL NOTE OF UTAH, LC )
)
                Defendant. )

Case No. 3: 12-cv-0088 TMB

## ORDER

IT IS ORDERED that the above entitled and captioned case is dismissed with prejudice with each party to bear and pay their own attorney fees and costs as jurisdiction over this matter has been assumed by the Securities and Exchange Commission in the below described and captioned case:

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

SECURITIES AND EXCHANGE COMMISSION, )
)
                Plaintiff, )
)
v. )
)
NATIONAL NOTE OF UTAH, LC, a Utah Limited )
Liability Company and WAYNE LaMAR PALMER, )
an individual, )
)
                Defendants. )

Case No. 2:12-cv-0591 BSJ

DATED this 19th day of February, 2017.

_____
~~RALPH R. BEISTLINE~~, US District Court Judge
TIMOTHY M. BURGESS

G. R. ESCHBACHER PC, LAW OFFICES
718 BARROW STREET, ANCHORAGE, AK 99501
(907) 276-8001 · FAX:(907) 279-7543
GARY / GRE@ESCHBACHERLAW.COM · JUSTIN / JUSTINESCHBACHER@GCI.NET